**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**UNITED STATES OF AMERICA**                                                  **PLAINTIFF**

**v.**                                    **Case No. 4:21-cr-00317-01 BSM**
                                          **Case No. 4:22-cr-00071-13 KGB**

**JONATHON BRYANT**                                                          **DEFENDANT**

**<u>ORDER</u>**

Pending is defendant Jonathon Bryant's motion for consolidation of cases for sentencing (Dkt. No. 353).  The motion states that counsel for the government does not object to the motion.

The motion states that Mr. Bryant is currently incarcerated in pretrial detention pending the resolution of his case before this Court.  The case before this Court is Case No. 4:22-cr-00071-13.  Case No. 4:21-cr-00317-01 is assigned to United States District Judge Brian S. Miller.  On February 15, 2024, Mr. Bryant plead guilty to conspiracy to commit bank fraud in violation of 18 U.S.C. § 1349 as set forth in Count 1 of the Superseding Indictment in Case No. 4:22-cr-00071-13.  On October 18, 2023, Mr. Bryant plead guilty to felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1) as set forth in Count 1 of the Indictment in Case No. 4:21-cr-00317-01. In the interest of justice and for judicial economy, Mr. Bryant requests that his cases be consolidated for sentencing currently scheduled for March 14, 2024, before Judge Miller, or the earliest possible date.  The motion further states that the United States Probation Office requests that the Court direct that the presentence report be expedited to allow this to occur.

For good cause shown, the motion is granted.  The Clerk is directed to transfer Case No. 4:22-cr-00071-13 to the docket of Judge Miller.  Reassignment of this case will result in significant savings of judicial resources.  Further, the United States Probation Office is directed to prepare an expedited presentence report for Mr. Bryant.

It is so ordered this 23rd day of February 2024.

_____
Kristine G. Baker
Chief United States District Judge